608

New York State Association of Nurse Anesthetists, Respondent, v Antonia C. Novello, as Commissioner of Health, et al., Appellants.

Submitted January 26, 2004; decided February 12, 2004

Motion by American Association of Nurse Anesthetists for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

In the Matter of Notre Dame Leasing, LLC, Respondent, v Alexandra Rosario et al., Appellants.

Submitted January 26, 2004; decided February 12, 2004

Motion by City of New York for leave to appear amicus curiae on the appeal herein granted to the extent that 20 copies of a brief may be filed and three copies served within 10 days.